UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAUL WILLIS, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY OF LAS VEGAS, *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | 2:12-cv-01214-MMD-CWH <br><br> **ORDER** |

On December 17, 2012, the Court entered an order denying Plaintiff's initial Application to Proceed *In Forma Pauperis* (#1) because the application was incomplete. *See* Order (#3). As a result, the Clerk of Court was instructed to mail Plaintiff a blank Application to Proceed *In Forma Pauperis*, and Plaintiff was given until **Tuesday, January 15, 2013**, in which to file a completed application. Alternatively, was instructed that he could make the necessary arrangements to pay the filing fee of three hundred fifty dollars. Plaintiff was warned that failure to comply with the Court's instruction would result in a recommendation that this case be dismissed with prejudice. On January 8, 2013, Plaintiff paid the filing fee. *See* (#5). Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Complaint shall be filed. Plaintiff shall obtain summons from the Clerk of Court and serve a copy of the summons and complaint consistent with the requirements of Federal Rule of Civil Procedure 4.

Dated this 6th day of February, 2013.

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE