Name: Saul Willis
602 West Mc Williams Ave.
Los Vegas, Nevada

_____
Prison Number

```
                    FILED        ____ RECEIVED
               ____ ENTERED      ____ SERVED ON
                                 COUNSEL/PARTIES OF RECORD

                      MAY - 1 2014

                    CLERK US DISTRICT COURT
                     DISTRICT OF NEVADA
               BY:_____ DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Saul Willis,
                    Plaintiff,

vs.

United State of America;
State of Nevada,
_____,
_____,
_____,
                    Defendant(s).

CASE NO. 2:12-CV-01214-APG-CWH
(To be supplied by the Clerk)

Amended Complaint
**CIVIL RIGHTS COMPLAINT PURSUANT TO
42 U.S.C. § 1983**

### A. JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, Saul Willis (Print Plaintiff's name), who presently resides at 602 W. McWilliam Ave. Las Vegas, NV, were violated by the actions of the below named individuals which were directed against Plaintiff at 602 W. McWilliam Ave. Las Vegas, NV (institution/city where violation occurred) on the following dates Continual (Count I), Continual (Count II), and _____ (Count III).

Make a copy of this page to provide the below
information if you are naming more than five (5) defendants

2) Defendant **United States in Congress** resides at **District of Columbia**.
   (full name of first defendant)                (address if first defendant)
and is employed as **Private Contractor**. This defendant is sued in his/her
   (defendant's position and title, if any)
✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: **As A public officers of the United States denying a taxpayer Just compensation under color of law**

3) Defendant **State of Nevada** resides at **United States territory**.
   (full name of first defendant)                (address if first defendant)
and is employed as **Private Contractor**. This defendant is sued in his/her
   (defendant's position and title, if any)
✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: **Acting in public office of the State Denying a taxpayer Just compensation under color of Law and Authority.**

4) Defendant _____ resides at _____.
   (full name of first defendant)                (address if first defendant)
and is employed as _____. This defendant is sued in his/her
   (defendant's position and title, if any)
___ individual ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

5) Defendant _____ resides at _____.
   (full name of first defendant)                (address if first defendant)
and is employed as _____. This defendant is sued in his/her
   (defendant's position and title, if any)
___ individual ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

2

6) Defendant _____ resides at _____,
   (full name of first defendant)                (address if first defendant)
and is employed as _____. This defendant is sued in his/her
              (defendant's position and title, if any)
___ individual ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

the Supreme Law of the Land; Act to Organize the Territory of Nevada; Enabling Act; Proclamation Territory of Nevada; Proclamation of the President october 31, 1864.

- - - - - - - - - - - - - - - - - - - - - - - -

**B. NATURE OF THE CASE**

1) Briefly state the background of your case.

the Government has failed to ensure Justice. I Soul Willis after making several attempts to Hold the agents contracted by the United States who's performance of Public Service was not Held to the standard of public Safety to be Held liable for the damages and injuries I suffered as result of this lack of securing the safety of the Inhabitant of the local community. The Government appear to have giving private Corporations special privileges that of a Constitutional nature with the Intent remove all liabilities from private Corporations power I believe usurp the Constitution.

- - - - - - - - - - - - - - - - - - - - - - - -

**C. CAUSE OF ACTION**

3

## COUNT I

The following civil rights has been violated: The right of Goverment Services as taxpayer; Just Compensation for my damages and injuries under Color of Authority and Law

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

See Attachment 1

4

## COUNT II

The following civil rights has been violated: Right to State Services as a taxpayer, refusal to Justly Compensate me for my damages and injuries under Color of Authority and Law

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

see Attachment 2.

5

## COUNT III

The following civil rights has been violated: _____

N/A

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

----------------------------------------

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? ____ Yes _X_ No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below

6

outline).

    a) Defendants: _____
    b) Name of court and docket number: _____
    c) Disposition (for example, was the case dismissed, appealed or is it still pending?): _____
    d) Issues raised: _____
                     _____
    e) Approximate date it was filed: _____
    f) Approximate date of disposition: _____

2) Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ___ Yes _X_ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:
    a) Defendants: _____.
    b) Name of court and case number: _____.
    c) The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.
    d) Issues raised: _____
                     _____
    e) Approximate date it was filed: _____
    f) Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:
    a) Defendants: _____
    b) Name of court and case number: _____.

7

c) The case was dismissed because it was found to be (check one): _____ frivolous \_\_\_\_ malicious or \_\_\_\_ failed to state a claim upon which relief could be granted.
d) Issues raised: _____
e) Approximate date it was filed: _____
f) Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:
a) Defendants: _____.
b) Name of court and case number: _____.
c) The case was dismissed because it was found to be (check one): _____ frivolous \_\_\_\_ malicious or \_\_\_\_ failed to state a claim upon which relief could be granted.
d) Issues raised: _____
e) Approximate date it was filed: _____
f) Approximate date of disposition: _____

3) Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? **✓** Yes \_\_\_ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) \_\_\_ disciplinary hearing; (2) \_\_\_ state or federal court decision; (3) \_\_\_ state or federal law or regulation; (4) \_\_\_ parole board decision; or (5) \_\_\_ other _____.
If your answer is "Yes", provide the following information. Grievance Number _____.
Date and institution where grievance was filed **See Attachment 3**.

Response to grievance: **No response**

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

I seek the full value of all damage property compensation for the loss of public right of way; 10% of my lost wages; I request the proper parties be held liable. Not the United State or the State of Nevada. For the private corporation to pay in full all monies Demanded for its Negligent Work

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____     _Saul a Willig_____
(Name of Person who prepared or helped           (Signature of Plaintiff)
prepare this complaint if not Plaintiff)

                                    5-1-2014
                                    (Date)

(Additional space if needed; identify what is being continued)

## Attachment 1

The acts of Congress inclusive to the Constitutional jurisdictional and limits of the United States, the admission of the Nevada Territory as State of the United States with the peoples approved Constitution formed by the residence entering into the Union on equal footing of the original 13 States

As the lawful, owner of land and property please take judicial notice of public record of the private homestead filed the 15th day of the month of October in the year of 2001 with the Clark county, registrar recorder instrument APN-139-27-301-037. Prior the United States in Congress Assembled authorized its internal Departments to begin the highway construction of the I-15, my home and property was and is still located within four hundred feet of the I-15 at and around F. On the 18th day of January in the year of 2006 the Government that is instituted for the protection, security and benefit of the people guaranteeing the community at large a particular form of government of which I Saul Willis trusted and relied upon, entered into contracted with private corporations who were negligent in the performance of this public service, causing damages to myself and the community as a whole. I contacted my elected official requesting the proper insurance claim forms but have been denied a remedy for my injury and ignored my claim for damages. The lack of consideration of private corporation and the wiliness to alter the agreed terms as to the continuance use of the use of the road as a right of way to under theI-15 freeway is a violation of law. The United States in Congress Assembled allowed private contractors the ability to breach or impair the contractual obligation to the taxpayers without being held accountable, private contractors ability to alters the agreed upon terms expressed to the community at large as to the continual use and right of way of the freeway underpass for public access as promised. The private contractors use its contractual relationship and assume a particular status of which is beyond the exclusive jurisdiction and limits of Congress. I believe I been denied rights under color of authority, and law with the intent and purpose to remove liability from private corporations by granting special privileges of the United States in Congress to avoid all obligated monies, funds, credits needed to be disbursed and paid as compensation for the negligent public Service, for damages to my health, home, and being placed in a condition of economic hardship.

The injuries and losses I suffered were a direct result of the private corporations who acted in the name of the United States and my injuries and losses was ignored by a elected officers of United States Government said persons owing a duty and a allegiance to remain faithful ,loyal in the discharge of the duties of a Public Office. The giving of special privileges to officers and employees of private corporations, the persons entrusted by Congress to public service on behalf of the State were what I believed acted beyond the powers of the Constitutional form of government thus depriving of rights under color of law.

**Please take Judicial notice** for I Saul Willis, is unschooled in proper use of law nor have I acquired the necessary knowledge to take the bar exam in order to become a licensed attorney with the authority to practice law before a judicial officer of the Federal Court. I am just a law abiding taxpayer who wishes only to be made whole by any equitable, or lawful means allowed by the jurisdiction of the this Court. To treated as a particular class of persons of which all judges within the United States Courts at one time were members or are still in good standing with the Bar, a member only society of educated men and women, some who wish to become a Judge such as yourself. This status the court wishes to bestow upon me would place me at a disadvantage, for it takes a man or woman many years to acquire the special skills needed to properly defend myself at such a high level, such as the mastery of the multiple uses of common words in the English language of which have a different meaning in law would creating a unlevel court thus tipping the scales in schooled ones favor. Without having the proper public instruction it's impossible me or that the Court would think to put me on same level as a Attorney. Is not true in order to be a Federal Judge it requires a person to be well studied and have a profound knowledge of the law and at a minimum be a licensed attorney in good standing to be considered for appointment United States of America Judiciary Department. My question to the Court can I treated as the Judge of Court and exercise judicial powers? I pray that the Court does not formulate an opinion of me as a license Attorney for the different meaning of words as to the common usage and in law would be a unfair and I do not agree to this classification or unnatural status for all Attorney are officer of the Court under oath and obligation to the Court this would be a conflict of interest, I ask that all elected or appointed official of government to be unaccountable in public office when it's a breach of duty persons engaging governmental activities who have failed to uphold the Federal and State of Nevada Constitutions . I do not wish to place on the same footing as a attorney or any other officer of the court for I provide no public service to the public concerning legal matters for this would be a prejudice towards me and hold me to a higher standard of which I am unaware of expected what is shown on television. For the record I m just a man who have been wrongs and person seek the Court to balance the scale of justice.

My the Court look into the spirit of the law as opposed to the letter of the law thanks you.

Attachment 2

The State of Nevada deprive me of my rights to be made hole for my losses and damages by granting multiple private corporations with the constitutional immunities with the intent remove the liability the negligent contracted work provided on behalf of the United States. Thus ensuring me that under the Seals and Flags of both the Federal State I would be denied relief as a taxpayer nor the adequately compensated for the negligent performance of public service by of legal entities under a commercial contract with the United States. I believe the allowance private corporations are to be held liable solely on its corporate bond, or insurance, and every person(s) who contributed to this neglect held accountable for this injustice. As of 7th day of April, 2014 I have been refused the necessary information such as the corporations liability insurance as good faith, as reassurance that the United States had the proper security for myself Saul Willis, and the community at large. As a remedy for the people against legal entity with the ability to act as person's engaging business for private profit in the name of United States. The State of Los Vegas have persons who have fail remain loyal, and trustworthy as public officers and the United State should be held liable for all damages to my private property, lack consideration as to what the term of right of way for the local tax paying community who relied upon the public access to pass through and under I-15 fwy of which I, and the community at large believe was persons associating themselves together in the public service authorized the United State in Congress Assembled. I believe persons entrusted by the United States in Congress Assembled failed in this office of trust by breaching their obligation failure ensuring my safety, nor have provide the adequate compensation as require after have full knowledge of this damages. I still suffer as a direct result of willful negligence, of persons in public service.

**Attachment 3**

**Claims made**