**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

SAUL WILLIS JR,

                    Plaintiff,

       v.

STATE OF NEVADA, et al,

                 Defendants.

Case No. 2:12-cv-01214-APG-CWH

**ORDER DISMISSING DEFENDANT
UNITED STATES OF AMERICA**

On January 20, 2015, Plaintiff was advised by the court (Dkt. #39) that this action would be dismissed without prejudice as to defendant United States of America unless on or before February 19, 2015, Plaintiff filed proper proof of service or showed good cause why such service was not timely made.  Plaintiff has failed to file proof of service nor shown good cause.  Nor has Plaintiff shown cause why this action should not be dismissed without prejudice as to that defendant for failure to effect timely service pursuant to FRCP 4(m).  Therefore,

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-entitled action be, and hereby is, DISMISSED without prejudice only as to defendant United States of America.

    Dated:  February 23, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE