**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| SAUL WILLIS, JR., | Case No. 2:12-CV-001214-APG-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| CITY OF LAS VEGAS, *et al.*, | (DKT. #44) |
| Defendants. | |

The State of Nevada moves to dismiss the amended complaint. Willis did not oppose the motion and he therefore consents to it being granted. Local Rule 7-2(d).

Moreover, Willis fails to state a cognizable claim against the State of Nevada. Willis's complaint refers to 42 U.S.C. § 1983 as the basis for his claims, but as I explained in a prior order, Nevada is not a suable entity under § 1983. (Dkt. #36 at 7.)

I previously granted Willis leave to amend his complaint to add a Title VI claim if he had facts to support it. (*Id.*) It is difficult to discern the basis of Willis's claims but it appears he alleges private companies that had contracted with the United States government to work on a street improvement project harmed him and others in the community by obstructing a right of way under the I-15 freeway. (Dkt. #37 at 10.) Willis has not alleged any facts plausibly supporting a claim for discrimination under Title VI. *See Alexander v. Sandoval*, 532 U.S. 275, 278 (2001); 42 U.S.C. § 2000d, *et seq*.

IT IS THEREFORE ORDERED that defendant State of Nevada's renewed motion to dismiss (Dkt. #44) is GRANTED.

DATED this 7th day of May, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE